JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Case No. EDCV14-00321-VEB

STEVEN HERNANDEZ, JR.,

     Plaintiff,          JUDGMENT

vs.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

     Defendant.

For the reasons set forth in the accompanying Decision and Order, it is hereby

ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding

the case for further proceedings is DENIED; (2) the Commissioner's request for an

order affirming the Commissioner's final decision and dismissing the action is

1

1    GRANTED; (3) judgment is entered in the Commissioner's favor; and (4) the Clerk

2    of the Court shall CLOSE this case.

3           DATED this 6th day of March, 2016.

4                                        /s/Victor E. Bianchini
                                         VICTOR E. BIANCHINI
5                                        UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20
                                         2

                    JUDGMENT – HERNANDEZ v COLVIN 14-CV-03195-VEB